UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------X
Evelyn Gonzalez,
                        Plaintiff,

    -against-

Michael J. Astrue, Commissioner
of Social Security Administration,
                        Defendant.
----------------------------------------------X

**ORDER**

09-CV-3070 (SLT) (RML)

**Sandra L. Townes, United States District Judge:**

The parties are directed to adhere to the following policies, which the Board of Judges of the Eastern District of New York has adopted for expediting the disposition of Social Security cases.

IT IS HEREBY ORDERED:

1. that the defendant, unless otherwise directed by this Court, shall move for judgment on the pleadings, within the next **sixty (60) days,** by service of motion papers upon plaintiff. If this is not possible, the Court should be notified in writing. Such notification should include a request for an extension that specifies a date and demonstrates good cause for the extension.

2. that the plaintiff's response papers shall be served upon the defendant with **thirty (30) days** of having been served with the defendant's motion. If this is not possible, the Court should be notified in writing. Such notification should include a request for an extension that specifies a date and demonstrates good cause for the extension.

3. that the defendant, upon receipt of plaintiff's papers, shall file the entire set of motion papers with the Court.

SO ORDERED.

Dated:     Brooklyn, NY
             November 12, 2009

                                            SANDRA L. TOWNES
                                            UNITED STATES DISTRICT JUDGE